IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Erica Brinkley §
 §
V. § Case No. 1:18-cv-1001
 §
Hays County, et al. §

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, _____Erica Brinkley_____, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

Seeking injunctive relief against Defendants under Title II of the Americans with Disabilities Act

In further support of this application, I answer the following questions:

**Applicant's Name**: Erica Brinkley

**Applicant's Home Address**: 370 Vista Gardens unit#1, Buda, Texas 78610

**Questions Regarding Ability to Pay**

**Employment**:

Are you now employed? Yes ☐ No ☐ Am Self Employed ☒

If yes, how much do you earn per month? $ $0

1

If no, give month and year of last employment  _____

How much did you earn per month?   $ _____

Name and Address of current or prior employer:
Carwin Pharmaceutical


If married, state Spouse's name: _____

Is your Spouse employed?   Yes ☐   No ☐

If working, how much does your spouse earn?   $ _____

Do you receive any funds from relatives or for child support?  If so, how much per month do you receive?   $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☒   No ☐

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ 1410 | Disability (doesn't include deductions listed elsewhere in here) |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

**Cash:**

Have you any cash on hand or money in savings or checking accounts?   Yes ☐   No ☒

If yes, state total amount:   $ _____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☒   No ☐

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ Unknown | Jeep (I think I own it) |
| $ | |
| $ | |
| $ | |

**Family Status and Dependents:**

Marital Status:   Single ☒   Married ☐   Widowed ☐   Separated ☐   or Divorced ☐

Total Number of Dependents: _____

Are any of your dependents employed?  If so, where:

How much do your dependent(s) earn monthly?   $ _____

3

List persons you actually support, your relationship to them.
_____
_____
_____
_____

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☒

If yes, list how much and describe:

## Monthly Debts of Applicant and/or Dependents

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| Student loan | Nelnet | $ 30,000 | $ 300 |
| Insurance | Medicare Aetna | $ | $ 140 |
| Insurance | Liberty Mutual | $ | $ 125 |
| Rent | Landlord | $ | $ 600 |

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment:   $ 600

Electric & Water Bills:   $ _____

Gas:   $ _____

Phone:   $ Varies 0-$65

Insurance:   $ 265

For what purpose: _____

Prescriptions: $ Varies 30 -80

    For what purpose: _____

Transportation/Car Payments: $ Varies 30-150

    For what purpose: _____

Medical Bills: $ Varies 32-94

    For what purpose: _____

Legal Bills: $ Varies 0-300

    For what purpose: Malicious and retaliatory eviction prosecution (fair housing)

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: Food (varies $200?), internet (varies $60), in home assist(varies $120m

Is there any more information the Court should consider in making its determination?

I have not consistently been paying nelnet because I can't afford it and penalties may bring total owed higher.

5

**AFFIDAVIT OF APPLICANT**

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _____

Printed Name: Ebrinkley

Date: 11/20/2018